IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRENDA S. WHITE                                                                                         PLAINTIFF

V.                                      NO. 4:04CV00943-JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                              DEFENDANT

## JUDGMENT

Consistent with the Memorandum and Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 13th day of December, 2005.

_____
UNITED STATES MAGISTRATE JUDGE